# UNITED STATES DISTRICT COURT

for the

Northern District of New York

_____ Division

Plaintiff(s): Valerie Flores

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s): Van Galder Bus Coach USA bus company

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1:25-CV-0684 (BKS/PJE)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Valerie Flores
Street Address: PO Box 1110 ACP 5749
City and County: Albany, Albany
State and Zip Code: NY 12201
Telephone Number:
E-mail Address:

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

- Name: Van Galder Coach USA bus Company
- Job or Title (if known):
- Street Address: 715 South Pearl St
- City and County: Janesville,
- State and Zip Code: WI 53548
- Telephone Number: 608-752-5407
- E-mail Address (if known):

**Defendant No. 2**

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 3**

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4**

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Libel/slander with malicious intent, harrassment & retaliation, discrimination, consumer issue, civil rights violation, victimizing someone who is on an address protection program

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
        The plaintiff, *(name)* Valerie Flores, is a citizen of the State of *(name)* New York.

    b. If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
        The defendant, *(name)* Van Galder Coach USA, is a citizen of the State of *(name)* Wisconsin. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: ~~$800~~ 900

[handwritten:] I want the bus fare refunded & about $800 alone in travel costs & trip interruption because of the behavior of their employees. They caused me a ~~personal injury~~ of my personal & professional reputation with libel/slander with malicious intent.

[left margin handwritten:] There also two males who were priveledged & ~~rode a private~~ rode a private small bus

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

[handwritten:] I was asked to get off their bus in Janesville, WI. I forgot a bag of food on the bus. I had to wait for the bus to bring back a bag of food. Then the Rockford 2nd shift receptionist was going out & telling all bus drivers as they pulled up to not let me on their bus. I stood outside for about 4-5 hours before I ~~got~~ got an Uber & went to a hotel for the night. Tim in Janesville, WI was also verbally harrassing me on the phone along with the Rockford female in person. I got heat stroke from it & they cost me alot

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

[handwritten right margin:] of money for the trip interruption they caused me

[handwritten:] I want punitive money damages for intentional infliction of emotional distress, familial status discrimination, marital status discrimination, Physical disability discrimination, gender discrimination, racial discrimination, religious discrimination

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*[Handwritten margin note:]* One of their busses tailgated me in NYC after reporting a possible missing child trying to board their bus with a teddy bear (I overheard it on their radio one of the times I rode with their company). I felt the tailgating in NYC by one of their busses was related to this. Then I was in Chicago & Milwaukee area where I did not think their busses went (specifically Milwaukee area). In Chicago I think they went a couple miles off their course to stalk me at a public transportation station. They are really a malicious & dangerous group of people affiliated & I am sure supporters of 2 (3⊗) organizations I am in workers comp case. ↙

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/28/2025

Signature of Plaintiff: Valerie Flores
Printed Name of Plaintiff: Valerie Flores

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____